R. Sam Hopkins, Chapter 7 Trustee
ECF email: ID07@ecfcbis.com
Correspondence email: samhopkins@qwestoffice.net
P.O. Box 3014
Pocatello, ID 83206-3014
Telephone: (208) 478-7978
FAX: (208) 478-7976

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | ) |
| | ) |
| KATSEANES, HARRY | ) Case No.: 07-40168-JDP |
| | ) |
| KATSEANES, YONULA | ) Chapter 7 |
| | ) |
| Debtor(s). | ) |
| | ) |

**NOTICE OF SALE BY TRUSTEE AND NOTICE OF HEARING/AUCTION**

TO THE DEBTORS, DEBTORS ATTORNEY, CREDITORS AND OTHER PARTIES IN INTEREST:

     PLEASE TAKE NOTICE THAT the undersigned Trustee will sell the below described property in which the above entitled estate claims an interest pursuant to 11 USC 363, Bankruptcy Rule 6004 and LBR 2002.1. The trustee has received interest from parties who wish to purchase said property and requests that the Court auction the property at the hearing on the Trustee's intent to sell the property, if a higher bid is received than the minimum bid accepted by the Trustee herein and as described below. Details of the proposed sale are as follows:

1. **Description of Property to be Sold:** The $9,422.94 judgment obtained in Adversary Case No. 09-08019 against Pinnacle Capital, LLC.

2. **Time and Place and Type of Sale:** The Trustee has received a bid from JM Partners LLC to purchase the judgment for the sum of $950.00.

   **PLEASE TAKE FURTHER NOTICE a hearing on the offer, any further additional bids, and any objections shall be conducted on the 14th day of September, 2010 at 9:30am at the U.S. Federal Courthouse located at 801 E. Sherman, Pocatello, Idaho.**

   Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant at the address listed above and the U.S. Bankruptcy Court at 801 E. Sherman, Pocatello, Idaho 83201.

3. **Additional Terms of Sale:** The property shall be sold for the minimum bid amount received unless a higher bid in cash is received from a third party at the time of the hearing on the sale. If you intend to bid at the auction you must notify the Trustee at the

address, phone or fax listed above within three (3) days prior to the auction. In the event an auction is held, all higher bids must be in $150.00 increments.

The sale shall be free and clear of all liens and claims with any valid liens or claims to attach to the proceeds of sale.

Specific terms of the sale will include payment of the successful purchase price within five (5) business days after the. If the successful bidder fails to complete the purchase within the five (5) business days following the sale, any deposit may be forfeited and the Trustee may close the sale with the next highest bidder.

The sale is conducted pursuant to 11 USC §363(f)(1). The sale is "AS IS-WHERE IS" without warranty of whatsoever nature.

The sale is contingent upon Court approval if an objection is filed.

4. **Miscellaneous Information:** The Trustee knows of no claims or lien claimed against said property. In the opinion of the Trustee, the minimum bid and proposal received is the reasonable liquidation value of the property. Net proceeds from the sale will be distributed pursuant to 11 USC § 726. For further information contact the Trustee, R. Sam Hopkins, P O Box 3014, Pocatello, ID 83201; Telephone (208) 478-7978 from 9:00 a.m. to 4:00 p.m. Monday-Friday.

Dated this Thursday, July 29, 2010

/s/ R. Sam Hopkins

R. SAM HOPKINS, TRUSTEE